FILED

Jul 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FLEMING,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN JUSINO,<br><br>        Respondent. | Case No. 22-cv-04195 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging "the validity of [her] conviction or sentence," Dkt. No. 1 at 2, is TRANSFERRED to the United States District Court for the Southern District of Texas, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

Under limited circumstances, a prisoner may use 28 U.S.C. § 2241 to collaterally attack a conviction or sentence. *See* 28 U.S.C. § 2255(e) (known as the "escape hatch" provision). However, this "escape hatch" only applies when the prisoner "(1) makes a claim of actual innocence, and (2) has not had an unobstructed procedural shot at presenting that claim." *Marrero v. Ives*, 682 F.3d 1190, 1192 (9th Cir. 2012).

Case No. 22-cv-04195  NC (PR)
ORDER OF TRANSFER

Here, petitioner argues not that she needs to proceed under the "escape hatch," but rather that her conviction is unconstitutional based on an intervening change in the law. *See* Pet. at 2. Accordingly, the instant petition properly should be filed before the United States District Court for the Southern District of Texas, and/or the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2255(h)(2) (providing that a petitioner may seek permission from "the appropriate court of appeals" to file "[a] second or successive motion" for relief from conviction, based on "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable").

The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: July 27, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-04195 NC (PR)
ORDER OF TRANSFER